CC TO JUDGE _KW_

1

The Honorable Robert S. Lasnik
United States District Court Judge

2

3

4

5

FILED _____ ENTERED
LODGED _____ RECEIVED

6

SEP 2 8 2001   KN

7

CLERK U S DISTRICT COURT
BY    WESTERN DISTRICT OF WASHINGTON
DEPUTY

8

9

10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

11

12

DENNIS J McKAY, PUANG M. McKAY;
and MELANIE J. McCKAY,

13

Plaintiffs,

NO. C01-1426L

14

v.

ANSWER AND
AFFIRMATIVE DEFENSES

15

16

CITY OF SEATTLE, NORM STAMPER,
RICHARD SCHWEITZER; SERGEANT
EAGLE; DOROTHY KIM; LAUREL

17

WOLLBERG, JOHN EVENSON; VICTOR
MAES, OFFICER NOLTIN, MARK SIDRAN,
ANDREA CHIN; ANGELA RUSSO; JOHN

18

DOES #1, and JOHN DOES #2,

19

Defendants.

CV 01-01426  #00000007

20

21

Comes now The City of Seattle, and on behalf of The City of Seattle Defendants,

22

Norm Stamper, Richard Schweitzer, Sergeant Eagle, Dorothy Kim, Laurel Wollberg, John

23

Evenson, Victor Maes, Officer Noltin, Mark Sidran, Andrea Chin and Angela Russo, and for

24

answer to plaintiffs' Complaint for Damages, does hereby admit, deny, and allege as

25

follows

26

STAFFORD FREY COOPER
— Professional Corporation —
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900

ANSWER AND AFFIRMATIVE DEFENSES - 1

I.     Answering paragraph 1 of plaintiffs' Complaint, defendants lack sufficient information concerning the truth or falsity of the matters stated therein, and therefore deny same, except defendants believe that Dennis J McCoy may be a resident of Snohomish County

II.    Answering paragraph 2 of plaintiffs' Complaint, defendants admit that The City of Seattle is a municipal corporation, and that The City of Seattle is located in King County, not Snohomish County as alleged.

III.   Answering paragraph 3 of plaintiffs' Complaint, defendants admit that Norm Stamper is a retired Chief of Police, and that Lieutenant Richard Schweitzer, Sergeant Eagle, and Officers Kim, Wollberg, Evenson, Maes, and Noltin are and were police officers of the City of Seattle Police Department, and that, at all times relevant, defendants were acting within the course and scope of their employment as police officers for The City of Seattle.

IV     Answering paragraph 4 of plaintiffs' Complaint, defendants admit that, at all times relevant, Mark Sidran was the City Attorney of The City of Seattle, that Andrea Chin and Angela Russo were Assistant City Attorneys, that all three acted within the course and scope of their respective duties, and that all three are entitled to absolute prosecutorial immunity.

V      Answering paragraphs 5 and 6 of plaintiffs' Complaint, defendants deny same

VI.    Answering paragraph 7 of plaintiffs' Complaint, defendants admit that jurisdiction and venue are proper in the United States District Court for the Western District

ANSWER AND AFFIRMATIVE DEFENSES - 2

STAFFORD FREY COOPER
Professional Corporation
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900

1 of Washington. Except as specifically admitted, all other allegations contained therein are
2 denied.

3   VII   Answering paragraph 8 of plaintiff's Complaint, defendants admit that Dennis
4 McKay was arrested on November 2, 1998, that a criminal complaint was filed in the
5
6 Seattle Municipal Court under Case No 342959, and that, following a jury trial in the
7 Seattle Municipal Court, the jury returned a Not Guilty finding.  Except as specifically
8 admitted, all other allegations in said paragraph are denied.

9   VIII.   Answering paragraph 9 of plaintiffs' Complaint, defendants admit that, on or
10 about November 2, 1998, plaintiff Dennis McKay was present in the Westlake area of the
11 City of Seattle, and did engage in conduct which intentionally obstructed pedestrian and/or
12
13 vehicle traffic in a public place, in violation of Seattle Municipal Code 12A.12 015(B)(1)
14 Except as specifically admitted, all other allegations are denied.

15   IX   Answering paragraph 10 of plaintiffs' Complaint, defendants admit that, on
16 several occasions, both Mr. McKay and Mr. McIntyre were asked by officers of the Seattle
17 Police Department, including Lieutenant Schweitzer, to clear the intersection and to stop
18 obstructing pedestrians and traffic, and were requested to move to other areas   Both
19 refused to do so. Except as specifically admitted, all other allegations are denied.
20
21   X.   Answering paragraph 11 of plaintiffs' Complaint, defendants admit that there
22 was probable cause to arrest Mr. McKay and Mr. McIntyre for violation of Seattle Municipal
23 Code  12A 12 015(B)(1)  (Pedestrian  Interference),  and  that  both  Mr. McKay  and
24 Mr McIntyre were so arrested   Mr. McKay was placed under arrest by Officers Kim and
25
26

STAFFORD FREY COOPER
Professional Corporation
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900

1   Wollberg, and transported by Officer Noltin.  Mr. McKay was released at the West Precinct

2   Except as specifically admitted, all other allegations are denied

3        XI.   Answering paragraph 12 of plaintiffs' Complaint, defendants admit that

4   Mr. McKay was arrested and was released at the West Precinct on November 2, 1998, and

5   that certain items were placed into evidence.  Except as specifically admitted, all other

6

7   allegations are denied

8        XII   Answering paragraph 13 of plaintiffs' Complaint, defendants deny same

9        XIII   Answering paragraph 14 of plaintiffs' Complaint, defendants admit that Officer

10  Evenson prepared Incident Report No 98-464826, and that Officer Maes is listed a

11  secondary officer, and that Lieutenant Schweitzer screened the arrest and signed the

12
    Incident Report as a reviewing supervisor.  Except as specifically admitted, all other
13

14  allegations are denied

15       XIV.   Answering paragraph 15 of plaintiffs' Complaint, defendants admit that a

16  criminal complaint was filed in Seattle Municipal Court Cause No  342959 against

17  Mr. McKay charging him with violation of Seattle Municipal Code  12A.12 015(B)(1)

18  Defendants also admit that this complaint was prepared by an Assistant City of Seattle City

19  Attorney.  Except as specifically admitted, any other allegations are denied

20       XV.   Answering paragraph 16 of plaintiffs' Complaint, defendants admit that
21
    Mr. McKay was charged in Seattle Municipal Court under Cause No  342959; that a jury
22
23  trial commenced on June 9, 1999, that on June 8, 1999, Mr. McKay's motion to dismiss the

24  charges against him was denied; and that on June 9, 1999, at the conclusion of the

25  prosecution's case in the Seattle Municipal Court, the motion of then-defendant McKay to

26

STAFFORD FREY COOPER
————— *Professional Corporation* —————
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900

ANSWER AND AFFIRMATIVE DEFENSES - 4

Q \CLIENTS\3000\000\3019\22582\FEDERAL PLEADINGS\ANSWER&AFFDEF DOC

1  dismiss charges against him was again denied  Defendants admit that Seattle Municipal
2  Court Judge Holifield presided, that Assistant City Attorney Angela Russo prosecuted, and
3  that a jury returned a Not Guilty verdict on or about June 14, 1999.  Except as specifically
4  admitted, all other allegations are denied
5
6          XVI    Answering paragraphs 17 and 18 of plaintiffs' Complaint, defendants deny
7  same.
8          XVII   Answering paragraph 19 of plaintiffs' Complaint, defendants admit that certain
9  items of evidence were seized following Mr. McKay's arrest on November 2, 1998, but lack
10  sufficient information concerning the truth or falsity of the allegations asserted therein, and
11  therefore deny same
12          XVIII  Answering paragraphs 20, 21, 22, 23, 24 and 25 of plaintiffs' Complaint,
13  defendants deny same
14
15          XIX    Answering paragraph 26 of plaintiffs' Complaint, defendants admit that
16  plaintiff Dennis J. McKay filed a Claim for Damages, but allege that he did not otherwise
17  comply with RCW 4.96.020 in that he did not comply with the 60-day waiting period, and
18  that plaintiffs Puang M  McKay and Melanie J  McKay did not comply with RCW 4 96.020.
19          FOR  FURTHER  ANSWER,  AND  BY  WAY  OF  AFFIRMATIVE  DEFENSES,
20  defendants allege as follows.
21
22          1.     To the extent that plaintiffs' Complaint sets forth any State law tort claims,
23  they are barred by plaintiffs' failure to comply with RCW 4.96 020.
24          2      Plaintiffs' Complaint is barred in whole or in part by operation of the applicable
25  statute of limitations.
26

STAFFORD FREY COOPER
————— Professional Corporation —————
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900

3.      Defendants Mark Sidran, Andrea Chin, and Angela Russo are entitled to absolute immunity, and dismissal of plaintiff's Complaint

4       Defendants Stamper, Schweitzer, Eagle, Kim, Wollberg, Evenson, Maes and Noltin are entitled to qualified immunity, and dismissal of plaintiffs' Complaint

5       At all times relevant herein, officers of the Seattle Police Department were acting properly, lawfully, with probable cause, and with a good faith belief in the existence of probable cause, and therefore are entitled to qualified immunity and dismissal of plaintiffs' Complaint.

6.      Plaintiffs' Complaint fails to state a cause of action, in whole or in part, upon which relief can be granted

7       If plaintiff McKay sustained any damages, which are denied, then the same were proximately caused or contributed to be caused by his own conduct, which bars, in whole or in part, any claims herein.

8       There has been an insufficiency of service of process, and a lack of service of process, which bars plaintiffs' Complaint against the individually-named defendants, who are therefore entitled to dismissal.

9.      Defendants reserve the right to assert such additional affirmative defenses as further discovery in this case reveal to be appropriate.

WHEREFORE, having fully answered plaintiffs' Complaint for Damages, defendants do hereby pray as follows:

1       That plaintiffs take nothing hereby,

2.      That plaintiffs' Complaint be dismissed with prejudice,

STAFFORD FREY COOPER
Professional Corporation
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900

Q \CLIENTS\3000\000\3019\22582\FEDERAL PLEADINGS\ANSWER&AFFDEF DOC

1    3    That defendants be awarded judgment of dismissal herein;

2    4.    That defendants be awarded their costs and disbursements incurred herein,

3    including reasonable attorneys' fees, and

4    5.    For such other and further relief as the Court deems just and equitable.

5

6    DATED this 25 day of September, 2001.

7                                        STAFFORD FREY COOPER
8                                        *Professional Corporation*

9

10                                       By: _____
11                                           Stephen P Larson, WSBA #4959
                                             Tobin E. Dale, WSBA #29595
12                                       Attorneys for Defendant City of Seattle and
                                         Individually-Listed Defendants Stamper,
13                                       Schweitzer, Eagle, Kim, Wollberg, Evenson,
                                         Maes, Noltin, Sidran, Chin and Russo
14

15

16

17

18

19

20

21

22

23

24

25

26

ANSWER AND AFFIRMATIVE DEFENSES - 7

Q \CLIENTS\3000\000\3019\22582\FEDERAL PLEADINGS\ANSWER&AFFDEF DOC

STAFFORD FREY COOPER
Professional Corporation
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900

1

## Certificate of Service

2       The undersigned certifies under the penalty of perjury according to the laws of the
United States and the State of Washington that on this date I caused to be served in the
3   manner noted below a copy of this document entitled **ANSWER AND AFFIRMATIVE
DEFENSES** on the following individuals:

4

5   **Richard L. Pope, Esq.**
**2001 N.E. 177th Street**
6   **Seattle, WA  98155**

7   *Attorney for Plaintiff*

8
[ ] Via Facsimile
9   [X] Via Mail
[ ] Via Messenger

10

11       DATED this _28th_ day of September, 2001, at Seattle, Washington

12

13

14                                    Sally Phillips

15

16

17

18

19

20

21

22

23

24

25

26

STAFFORD FREY COOPER
—— Professional Corporation ——
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900

ANSWER AND AFFIRMATIVE DEFENSES - 8

Q:\CLIENTS\3000\000\3019\22562\FEDERAL PLEADINGS\ANSWER&AFFDEF DOC